THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TANNER SMITH | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-00805-SDJ-BD |
| | § | |
| HAVEN ISOM | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report") (Dkt. #10) that Plaintiff's claims be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims asserted against Haven Isom are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 21st day of November, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE